**E-filed 8/10/05**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GRIMMWAY ENTERPRISES, INC., | Case Number C-03-1569-JF |
| Plaintiff, | AMENDED JUDGMENT |
| v. | |
| BAYSIDE PRODUCE, INC., | |
| Defendant. | |

Plaintiff's motion for summary judgment was heard on July 8, 2005.  The evidence having been considered and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that judgment be entered for Plaintiffs .  The Clerk of the Court shall close the file.

DATED:  8/10/05

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge

Case No. C-03-1569-JF
JUDGMENT
(JFLC2)